John Maurice HENOUD, Petitioner–Appellant,

v.

Craig APKER, Respondent–Appellee.

No. 14–7369.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 13, 2015.

Decided: April 7, 2015.

John Maurice Henoud, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Maurice Henoud, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Henoud v. Apker*, No. 5:13–hc–02234–D (E.D.N.C. Sept. 9, 2014). We grant leave to proceed in forma pauperis. We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*